Tuesday, July 8, 2014

No. 14–6010/AF. U.S. v. Aaron M. Buford. CCA 2013–26. Notice is hereby given that a certificate for review of the decision of the United States Air Force Court of Criminal Appeals and supporting brief were filed under Rule 22 this date on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HER DISCRETION BY SUPPRESSING EVIDENCE FROM THE DELL LAPTOP, HEWLETT-PACKARD LAPTOP, AND CENTON HARD DRIVE.

No. 14–0568/AR. U.S. v. Edwin Zelaya. CCA 20110507. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted and the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 14–0568/AR. U.S. v. Edwin Zelaya. CCA 20110507. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–6009/MC. U.S. v. Ruben Vargas. CCA 201300426. Review granted on the following issue:

> WHETHER THE NAVY–MARINE CORPS COURT OF CRIMINAL AP-PEALS ERRONEOUSLY INTERPRETED ARTICLE 62, UCMJ, TO AL-LOW A GOVERNMENT APPEAL OF THE MILITARY JUDGE'S DENI-AL OF A CONTINUANCE REQUEST AS WELL AS THE MILITARY JUDGE'S ORDER RESTING THE GOVERNMENT'S CASE.

In accordance with Rule 19(a)(7)(A), Rules of Practice and Procedure, no further pleadings will be filed.

---

\* It is noted that the military judge neglected to seal the portion of the record and exhibit pertinent to an MRE 412 closed hearing. Accordingly, the Clerk is directed to seal Defense Exhibit A and pages 226–232 of the transcript.